IN THE SUPREME COURT OF TEXAS

 No. 10-0413

 IN RE CHRISTUS HEALTH AND CHRISTUS HEALTH GULF COAST

 On Petition for Writ of Mandamus

ORDERED:

 1. On June 2, 2010, the Court issued an order granting in part
relators' emergency motion for temporary relief, filed June 1, 2010. The
Court stayed the trial court's discovery order dated May 19, 2010 with
regard to Requests for Production Nos. 1-5 and 7, in Cause No. 2005-36179,
styled Linda G. Carswell, individually and as representative of the Estate
of Jerry L. Carswell, deceased, Robert J. Carswell, and Jordan D. Carswell
v. Christus Health and Christus Health Gulf Coast d/b/a Christus St. Joseph
Hospital, Christina K. Pramudji, M.D., Paul C. Cook, M.D., Memorial Urology
Associates, P.A., Jeffrey W. Terrel, M.D., Roupen H. Kekmezian, M.D., and
SJ Associated Pathology, L.C., in the 165th District Court of Harris
County, Texas. The stay shall remain in effect pending further order of
this Court.
 2. The Court now grants in part relators' emergency motion for
temporary relief with regard to Requests for Production Nos. 17, 18, 19,
and 21.
 3. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before 3:00 p.m., June 21,
2010.
 4. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this June 11, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk